```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 06 B 14470
   TANEISHA SUZETTE RHODES
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-2135

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/06/2006 and was confirmed 02/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/20/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
CB USA INC                 SECURED NOT I        .00              .00             .00
CB USA INC                 UNSECURED         3080.53             .00             .00
AT&T                       UNSECURED        NOT FILED            .00             .00
SPRINT-NEXTEL CORP         UNSECURED          315.58             .00             .00
ASSET ACCEPTANCE           UNSECURED          267.90             .00             .00
AT&T CREDIT MANAGEMENT C   UNSECURED        NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED         4710.00             .00             .00
COMMONWEALTH EDISON        FILED LATE        5003.39             .00             .00
COMCAST                    UNSECURED        NOT FILED            .00             .00
AT&T/SBC/ILLINOIS FACC     UNSECURED        NOT FILED            .00             .00
FOREFRONT EDUCATION INC    UNSECURED        NOT FILED            .00             .00
IQ TELECOM                 UNSECURED        NOT FILED            .00             .00
ILLINOIS COLLECTION SERV   UNSECURED        NOT FILED            .00             .00
RADIOLOGY                  UNSECURED        NOT FILED            .00             .00
MCI                        UNSECURED        NOT FILED            .00             .00
U OF I DEPT OF EMER MED    UNSECURED        NOT FILED            .00             .00
RUSH PRESBYTERIAN EMERG    UNSECURED        NOT FILED            .00             .00
COMCAST CABLE COMMUNICAT   UNSECURED        NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,434.00                          936.26
TOM VAUGHN                 TRUSTEE                                              63.74
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   1,000.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    936.26

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 14470 TANEISHA SUZETTE RHODES
```

```
TRUSTEE COMPENSATION                                              63.74
DEBTOR REFUND                                                       .00
                                          ---------------   ---------------
TOTALS                                           1,000.00          1,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
   Dated: 03/27/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```